UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

|  |  |
|---|---|
| INTEGON NATIONAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff | ) ) |
| vs. | ) Case No. 4:10-cv-02021-AKK ) ) |
| MT&R ENTERPRISES, INC., et al., | ) ) |
| Defendants | ) |

## **MEMORANDUM OPINION**

On November 8, 2012, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections have been filed by plaintiff or defendants.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge. Accordingly, the court finds and concludes that the Motion for Summary Judgment (Doc. 52) and the Motion for Default Judgment Against Defendant Mark Gallups

(Doc. 41) filed by plaintiff Integon National Insurance Company are due to be granted and this action dismissed with prejudice.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

**Done** the 29th of November, 2012.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE